IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WILLIAM MCGHEE,**

      **Plaintiff,**

**v.**                                **CIV-04-0239 MV/LAM**

**JOE WILLIAMS, et al.,**

      **Defendants.**

## ORDER GRANTING MOTION FOR AN ORDER FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**THIS MATTER** is before the Court on Defendants' *Motion for an Order for a Writ of Habeas Corpus Ad Testificandum (Doc. 308)*, filed December 28, 2009. The Court finds that the motion is well-taken and should be **GRANTED**.

It is therefore **ORDERED** that Defendants' *Motion for an Order for a Writ of Habeas Corpus Ad Testificandum (Doc. 308)* is **GRANTED**, and the Clerk of this Court is hereby authorized to issue a *Writ of Habeas Corpus Ad Testificandum* directing the New Mexico Corrections Department to surrender the prisoner, **WILLIAM MCGHEE**, to the United States Marshal or his Deputy for transport to the United States Courthouse at 200 E. Griggs, Las Cruces, New Mexico, in order that he may appear before the Honorable Lourdes A. Martínez, United States Magistrate Judge, to testify on his behalf in the above-captioned case on the **27th day of January, 2010, at 9:30 a.m.**, and the said United States Marshal is hereby directed to return the said **WILLIAM MCGHEE** to the custody of the New Mexico Corrections Department to be returned to the facility from whence he was transported upon the conclusion of said hearing or upon the Court's direction.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
_____
**HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**